IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR56 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY REY MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR193 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY REY MEDINA, | ) | ORDER |
| | ) | NUNC PRO TUNC |
| Defendant. | ) | |
| _____ | ) | |

On the 4th day of December, 2014, the defendant appeared for a hearing on the petitions for warrant or summons for offender under supervision (Filing No. 86 in 8:CR56; Filing No. 4 in 8:14CR193). The defendant was represented by Michael F. Maloney, Assistant Public Defender. The United States was represented by Douglas R. Semisch, Assistant United States Attorney.

The defendant admitted to Allegation Nos. 1 and 2 and the government moved to dismiss Allegation No. 3 in Filing No. 101 in 8:08CR56. The Court accepted the admission and found that the defendant had violated his supervised release.

The Court revoked the defendant's term of supervised release.  After receiving allocution from the defendant and counsel, the Court proceeded to sentencing.

IT IS ORDERED that defendant be committed to the custody of the United States Bureau of Prisons for a term of 13 months in each of the above cases.  The sentences shall run concurrently with each other.

2)  After his release from the Bureau of Prisons, the defendant will be placed back on supervised release for 24 months on the same conditions originally imposed on the defendant.

3) Allegation No. 3 in Filing No. 101 (8:08CR56) is dismissed.

4) The petition for warrant or summons for offender under supervision (Filing No. 2 in 8:14CR193) is dismissed.

DATED this 8th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

```
                              _____
                              Signature of Defendant
```

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

```
                              UNITED STATES WARDEN


                              By:_____
```

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

```
                              UNITED STATES WARDEN


                              By: _____
```